Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-5036BHS |
| Plaintiff, | |
| v. | ORDER CONTINUING MOTIONS DATE |
| COLIN T. McCAULEY, | |
| Defendant. | |

**O R D E R**

THIS MATTER COMES before the Court on the stipulation of the government and the defendant Colin T. McCauley requesting an order continuing the pretrial motions due date. Having considered the stipulation of the parties and all the files and records herein,

THE COURT ORDERS THAT the pretrial motions due date be continued from March 24, 2008 to April 7, 2008.

DATED this 26th day of March, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

[PROPOSED] ORDER
CONTINUING MOTIONS DATE/CR08-5036 BHS - 1

**Bell Flegenheimer**
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777